IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LANE MICHAEL VOGT,<br><br>                Plaintiff,<br><br>vs.<br><br>BUFFALO COUNTY SHERIFF, and RAVENNA POLICE DEPT.,<br><br>                Defendants. | 8:23CV554<br><br>MEMORANDUM AND ORDER |

On September 23, 2024, the Court ordered Plaintiff Lane Michael Vogt ("Plaintiff") to file an amended complaint by October 23, 2024, or face dismissal of this action. Filing No. 23. Aside from filing a notice of change of address on September 27, 2024, Filing No. 24, Plaintiff has not filed an amended complaint or taken any other action in this matter and the deadline to do so has passed.

IT IS THEREFORE ORDERED that: This matter is dismissed without prejudice because Plaintiff failed to prosecute it diligently and failed to comply with this Court's order. The Court will enter judgment by a separate document.

Dated this 3rd day of December, 2024.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Court